UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DR. JOHN DOE

        Plaintiff,

v.                                                Case No.: 18-CV-503

MILWAUKEE COUNTY et al.

        Defendants.

---

### PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

---

**PLEASE TAKE NOTICE** that the plaintiff Dr. John Doe hereby moves the court, the Honorable William Duffin presiding, pursuant to Eastern District of Wisconsin Local Rule 10(c), for an order granting the plaintiff's request to proceed under a pseudonym in this action.

In support of this Motion, the plaintiff relies on a brief in support of the plaintiff's motion for leave.

Dated at Milwaukee, Wisconsin April 18, 2018.

                                            Respectfully submitted,
                                            PADWAY & PADWAY, LTD.
                                            Attorneys for the Plaintiff

                                      By: *Aaron DeKosky*
                                          Aaron A. DeKosky
                                          SBN: 1081404

**P.O. ADDRESS:**
Padway & Padway, Ltd.

633 W. Wisconsin Avenue
Suite 1900
Milwaukee, WI 53203

Phone: (414) 277-9800
Fax:    (414) 277-0189
adekosky@padwaylaw.net